Herman A. Marten, conservator of the estate of Christ Guehler, appellee, v. Bert W. Meads et al., appellants.

W. C. Gilmore et al., appellants, v. William Guehler et al., appellees. Gen. No. 8,458.

Opinion filed April 7, 1932.

C. B. Chapman, for appellants. Butters & Butters and Lester Horan, for appellees.

Mr. Justice Wolfe delivered the opinion of the court.

Elizabeth McAuliff, appellee, v. John F. Hawley, executor of the last will and testament of William C. Hawley, deceased, appellant. Gen. No. 8,338.

Opinion filed May 13, 1932. Rehearing denied July 23, 1932.

William E. Mooney, for appellant. Vincent S. Lumley and Fred B. Bennett, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

Frank Gray, administrator of the estate of Helen Gray Pierson, deceased, defendant in error, v. Gerald Johnson, plaintiff in error. Gen. No. 8,371.

Opinion filed May 13, 1932. Rehearing denied July 23, 1932.

Marsh, Lewis & Thompson and Murphy & Kritzer, for plaintiff in error. Graham & Melburg, for defendant in error; Bardens & Melburg, of counsel.

Mr. Presiding Justice Jett delivered the opinion of the court.

Rettig-Stamm-Gruen, Inc., appellant, v. Roy Yeoman, trading as Henderson Jewelry Company, appellee. Gen. No. 8,397.

Opinion filed May 13, 1932.

E. P. Parnass and Edwards & Block, for appellant; Claire C. Edwards and Sidney H. Block, of counsel. Litchfield & Snyder, for appellee; Gerald C. Snyder, of counsel.

Mr. Justice Baldwin delivered the opinion of the court.